**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00289-APG-DJA |
| Plaintiff, | |
| v. | **Order Unsealing Case** |
| JOSUE IVAN OROZCO-BECERRA, aka "Josue Orozco," | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Josue Ivan Orozco-Becerra,* is unsealed.

**DATED** this __10th__ day of November, 2021.

By the Court:

_____
Honorable Andrew P. Gordon
United States District Judge