# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00289-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JOSUE IVAN OROZCO-BECERRA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, March 5, 2025 at 2:00 p.m. be vacated and continued to April 9, 2025 at 1:00 pm in 3B before Magistrate Judge Maximilianod. Couvillier, III.

DATED this 3rd of March 2025.

_____

UNITED STATES MAGISTRATE JUDGE

3