RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Josue Ivan Orozco-Becerra

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSUE IVAN OROZCO-BECERRA,<br><br>            Defendant. | Case No. 2:21-cr-00289-APG-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Josue Ivan Orozco-Becerra, that the Revocation Hearing currently scheduled on May 14, 2025 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

      This Stipulation is entered into for the following reasons:

      1.    The petition alleges a new law violation. The government has indicated an interest in indicting the new law violation of Illegal Reentry. Additionally, the defendant is under investigation out of the District of Hawaii. The parties, including government and defense

counsel in Hawaii, have been communicating regarding a global resolution for all three matters, including the instant case. The Hawaii matter includes a charge which would carry a 10-year mandatory minimum. The requested time will permit the parties time to work towards a resolution.

      2.      The defendant is in custody and agrees with the need for the continuance.

      3.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 6th day of May 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
|    */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |    */s/ Clay Plummer*<br>By_____<br>CLAY PLUMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00289-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JOSUE IVAN OROZCO-BECERRA, | |
| Defendant. | |

  Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, May 14, 2025 at 10:30 a.m., be vacated and continued to <u>September 18, 2025</u> at the hour of <u>9:30 a.</u>m. in LV Courtroom 6C.

  DATED this <u>8th</u> day of May 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3