RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Josue Ivan Orozco-Becerra

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSUE IVAN OROZCO-BECERRA,<br><br>Defendant. | Case No. 2:21-cr-00289-APG-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Josue Ivan Orozco-Becerra, that the Revocation Hearing currently scheduled on January 15, 2026 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

This Stipulation is entered into for the following reasons:

1. Since the last requested continuance, the parties have been actively attempting to work towards a global resolution of all charges pending against Mr. Orozco-Becerra. The

Hawaii charges carry a substantial term of incarceration, including a drug charge which carries a life maximum sentence with a mandatory minimum term of incarceration. Additional time is needed for Mr. Orozco-Becerra to consider if he wishes to fight the Hawaii case or resolve that case globally with the instant revocation matter (as well as a potential new law violation charge here).

    2.    The defendant is in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 6th day of January 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States |
|    */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |    */s/ Clay Plummer*<br>By_____<br>CLAY PLUMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00289-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JOSUE IVAN OROZCO-BECERRA, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, January 15, 2026 at 9:30 a.m., be vacated and continued to May 13, 2026 at the hour of 9:00 a.m. in Las Vegas Courtroom 6C.

DATED this 7th day of January 2026.

_____
UNITED STATES DISTRICT JUDGE