RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org

Attorney for Josue Ivan Orozco-Becerra

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSUE IVAN OROZCO-BECERRA,<br><br>            Defendant. | Case No. 2:21-cr-00289-APG-DJA<br>**ORDER RE:**<br>**Motion to Withdraw Motion to Dismiss and Appoint New Counsel (ECF No. 61)** |

COMES NOW, Defendant Josue Ivan Orozco-Becerra, along with his attorney, Raquel Lazo, Assistant Federal Public Defender, and hereby moves to withdraw Motion to Dismiss and Appoint New Counsel (ECF No. 61). This motion is based upon the attached Memorandum of Points and Authorities.

DATED this 4th day of May 2026.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender

**MEMORANDUM OF POINTS AND AUTHORITIES**

On February 25, 2026, Mr. Orozco inadvertently filed a Motion to Dismiss and Appoint New Counsel.  ECF No. 61. Mr. Orozco has relayed that the motion should have never been filed, and he does not seek to fire undersigned counsel. Accordingly, he requests that the motion be withdrawn.

DATED this 4th day of May 2026.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: _/s/ Raquel Lazo_

RAQUEL LAZO
Assistant Federal Public Defender

**IT IS SO ORDERED**.

DATED: 5/5/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2